IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                        Case No 4:21-cr-40015

THOMAS WAYNE ANDERSON                                                                     DEFENDANT

### ORDER

Before the Court is the Unopposed Motion to Modify Conditions of Release filed herein by the Defendant. ECF No. 25. The Government does not oppose this Motion and indicates it will defer to the United States Probation Office for its recommendation. The United States Probation Office does not object to the proposed modification. The Motion was referred to the undersigned on April 4, 2022. ECF No. 26. No hearing is necessary in this matter.

The Defendant was ordered released on conditions by this Court on August 5, 2021. ECF No. 14. Defendant was ordered to admit himself to Haven Homes, an inpatient substance abuse treatment facility in Texarkana, Texas. Defendant entered Haven Homes and has resided there since his release with no violation of the facility's rules and conditions of residence. Defendant has maintained employment and otherwise complied with the conditions of pre-trial release. He has completed the in-patient program at Haven Homes. Defendant now requests that he be allowed to leave Haven Homes and reside with his wife, Shannon Anderson, in Texarkana, Texas.

As there are no objections from the Government and the United States Probation Office does not oppose the requested modification, same should be granted.

**IT IS THEREFORE ORDERED** Defendant's Unopposed Motion to Modify Conditions of Release filed herein by the Defendant (ECF No. 25) is **GRANTED**. The Defendant shall be subject to the following conditions of release:

(1) Except as modified below, all the conditions of pre-trial release previously imposed (ECF No. 14) shall remain in effect.

(2) Upon his discharge from Haven Homes Defendant shall reside with his spouse, Shannon Anderson, in Texarkana Texas.

(3) Defendant shall immediately notify the United States Probation Officer assigned to his case of any change of address.

(4) **<u>Failure to comply with any of the conditions of pre-trial release shall subject Defendant to immediate arrest and detention.</u>**

Defense counsel is directed to provide a copy of this Order setting pre-hearing release conditions to Defendant.

**SO ORDERED** this **5th day of April 2022.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE