IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 4:21CR40015-001 |
| | ) | |
| TOMMY WAYNE ANDERSON | ) | |

**FINAL ORDER OF FORFEITURE**

On February 8, 2022, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 23). In the Preliminary Order of Forfeiture, one Hewlett Packard Laptop Computer (Serial Number 5CD039PDLJ) and one SanDisk Ultra USB flash drive, were forfeited to the United States pursuant to Title 18 U.S.C. § 492 & 981(a)(1)(C) and Title 28 U.S.C. § 2461(c).

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(!), incorporating by reference 21 U.S.C. § 853(n)(1). On April 26, 2022, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. The deadline for filing claims was April 18, 2022. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on February 8, 2022, shall become final at this time.

IT IS SO ORDERED this 22 day of September, 2022.

*/s/ Susan O. Hickey*
HONORABLE SUSAN O. HICKEY
CHIEF UNITED STATES DISTRICT JUDGE